**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,    )
    )
                Petitioner,    )
    )
            v.    ) **M.B.D.  No. 26-mc-91205**
    )
WILBERT U. DELAROSA,    )
    )
              Respondent.    )

## <u>PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS</u>

The United States of America, on behalf of its agency, the Internal Revenue Service

("IRS"), and by its attorney, Leah B. Foley, United States Attorney for the District of

Massachusetts, state that:

1.    This proceeding for the enforcement of an IRS summons is brought pursuant to

sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. §§ 7402(b) and

7604(a).

2.    Lisa Maloney is an IRS Revenue Office authorized to issue summonses under the

Internal Revenue laws.

3.    The respondent, Wilbert U. Delarosa, resides or is found at 7 Winch Street,

Fitchburg, Massachusetts, 01420, within the jurisdiction of this Court.  The respondent is in

possession and control of testimony and documents concerning this investigation.  Revenue

Officer Maloney is conducting an investigation for the collection of the tax liability of Wilbert U.

Delarosa for the taxable period(s) ending on December 31, 2016; December 31, 2017; December

31, 2018; and December 31, 2020.

4.      26 U.S.C. § 6301 authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws.  For the purpose of collecting the tax liability of any person, 26 U.S.C. § 7602 authorizes the Secretary to issue a summons to the person to appear at a time and place named in the summons; to produce such books, papers, records, or other data; and to testify, as may be relevant or material to collecting the tax liability.

5.      On August 27, 2025, Revenue Officer Maloney issued, pursuant to 26 U.S.C. § 7602, a summons ("Aug. 27 Summons") to Wilbert U. Delarosa, directing him to appear before Revenue Office Maloney at the office of the IRS, 120 Front St, 6th Floor, Worcester, MA 01608 on September 24, 2025 and to produce for examination (and give testimony relating to) documents and financial records for the taxable period(s) ending on December 31, 2016; December 31, 2017; December 31, 2018; and December 31, 2020.  A copy of the Aug. 27 Summons is attached to this Petition as Exhibit A.

6.      On September 2, 2025, at 9:00 am, Revenue Officer Maloney served the Aug. 27 Summons on Wilbert U. Delarosa by leaving the summons at Wilbert U. Delarosa's last known place of abode at 7 Winch Street, Fitchburg, Massachusetts, 01420.  Revenue Officer Maloney signed a certification on the face of the copy of the Aug. 27 Summons, certifying that the Aug. 27 Summons was a true and correct copy of the original.  The certification is attached to this Petition as Exhibit A.

7.      To present date, Wilbert U. Delarosa has failed to comply with the Aug. 27 Summons.

8.      The records sought by the Aug. 27 Summons are not now in possession of the IRS, and their production by Wilbert U. Delarosa for examination by IRS Revenue Officer is necessary to complete a Collection Information Statement.

WHEREFORE, the petitioner prays that:

1.    Wilbert U. Delarosa be ordered to show cause, if any he has, why he should not obey the Aug. 27 Summons;

2.    Wilbert U. Delarosa be ordered to obey the Aug. 27 Summons at a time and place to be fixed by Revenue Office Maloney or by any other IRS Revenue Officer authorized to examine the records and take testimony; and

3.    The cost of this action to be awarded to the United States.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

*/s/ Steven T. Sharobem*
Steven T. Sharobem
Assistant United States Attorney
United States Attorney's Office
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts, 02210
Telephone: (617) 748-3355
Dated: May 4, 2026                steven.sharobem@usdoj.gov

## RULE 7.1 CERTIFICATION

I hereby certify that I have attempted to confer with the Respondent, Wilbert U. Delarosa, regarding the relief requested in this motion.

*/s/ Steven T. Sharobem*
Steven T. Sharobem
Dated: May 4, 2026                Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be mailed and hand-delivered to the person identified below.

Wilbert U. Delarosa
7 Winch Street
Fitchburg, MA 01420


/s/ Steven T. Sharobem
Steven T. Sharobem
Dated: May 4, 2026                   Assistant United States Attorney