# Summons
# Collection Information Statement

**In the matter of** WILBERT U DELAROSA, 7 WINCH ST, FITCHBURG, MA 01420-5309

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* Small Business / Self Employed

**Periods:** Form 1040 for the calendar periods ending December 31, 2016, December 31, 2017, December 31, 2018 and December 31, 2020

**The Commissioner of Internal Revenue**

**To:** WILBERT U DELAROSA

**At:** 7 WINCH ST, FITCHBURG, MA 01420-5309

You are hereby summoned and required to appear before L. MALONEY, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2025 To 07/31/2025

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

## Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**
103 COMMERCIAL STREET, 2ND FLOOR, BROCKTON MA 02302 (508) 513-3590

**Place and time for appearance: At** 120 FRONT ST, 6TH FLOOR, WORCESTER, MA 01608

on the 24th day of September , 2025 at 11:00 o'clock a m.

**Issued under authority of the Internal Revenue Code this** 27th **day of** August , 2025

| Signature of issuing officer | Title |
|---|---|
| L. MALONEY *(signature)* | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |

Form **6637** (Rev. 6-2020)     Catalog Number 25000Q     publish.no.irs.gov     Department of the Treasury – Internal Revenue Service
Original – to be kept by IRS

# Certificate of Service of Summons
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 9/2/2025 | 9:10 a.m. |

**How Summons Was Served**

☐ 1. I handed an attested copy of the summons to the person to whom it was directed.

☒ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

*attached to front door*

| Signature | Title |
|---|---|
| *Lise Maloney* | 9/2/2025 |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| *Lise Maloney* | *Revenue Officer* |