**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **M.B.D. No. 26-mc-91205** |
| | ) |
| WILBERT U. DELAROSA, | ) |
| | ) |
| Respondent. | ) |

## DECLARATION OF REVENUE OFFICER LISA MALONEY

I, Lisa Maloney, declare:

1.      I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service ("IRS") at 120 Front St, 6th Floor, Worcester, MA 01608 ("IRS office"). I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2.      In my capacity as a Revenue Officer, I am conducting an investigation for collection of the tax liability of Wilbert U. Delarosa for the period(s) ending December 31, 2016; December 31, 2017; December 31, 2018; and December 31, 2020.

3.      In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued an administrative summons to Wilbert U. Delarosa on August 27, 2025 ("Aug. 27 Summons"), requesting Wilbert U. Delarosa to testify and produce the documents as described in the Aug. 27 Summons on September 24, 2025 at the IRS office. The Aug. 27 Summons is attached to the Petition to Enforce Internal Revenue Service Summons ("Petition") as "Exhibit A."

4.  In accordance with 26 U.S.C. § 7603, I served an attested copy of the Aug. 27 Summons described in paragraph 3 above on the respondent, Wilbert U. Delarosa on September 2, 2025. I served the Aug. 27 Summons by leaving it at Wilbert U. Delarosa's last known place of abode, 7 Winch Street, Fitchburg, MA 01420, as evident in the certification signed on the face of the Aug. 27 Summons. The certification is attached to the Petition as Exhibit B.

5.  On September 24, 2025, Wilbert U. Delarosa failed to comply with the Aug. 27 Summons. Wilbert U. Delarosa's failure to comply with the Aug. 27 Summons continues to the date of this Declaration.

6.  The books, papers, records, or other data sought by the Aug. 27 Summons are not already in the IRS' possession.

7.  All administrative steps required by Internal Revenue Code for issuance of a summons have been taken.

8.  It is necessary to obtain the testimony and to examine the books, papers, records, or other data of Wilbert U. Delarosa sought by the Aug. 27 Summons in order to complete a Collection Information Statement concerning the federal tax liability of Wilbert U. Delarosa for the period(s) ending December 31, 2016; December 31, 2017; December 31, 2018; and December 31, 2020.

9.  No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Wilbert U. Delarosa for the years under investigation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____29th_____ day or _April_, 2026.

Lisa Maloney
Revenue Office #1001023056