**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,    )
     )
        Petitioner,    )
     )
         v.    ) **M.B.D.  No. 26-mc-91205**
     )
WILBERT U. DELAROSA,    )
     )
        Respondent.    )

**<u>ORDER TO SHOW CAUSE</u>**

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Lisa L. Maloney, Revenue Officer of the Internal Revenue Service, and upon the motion of Leah B. Foley, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom #__21__ in the United States District Courthouse in _____Boston, MA_____, on the __24th__ day of ____June____, 202_6_ at __2:00 PM__ to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on September 2, 2025.

It is further ORDERED that the United States Marshal, or alternatively, any agent, Revenue Officer, or other person designated by the Internal Revenue Service serve a copy of this Order, together with the Petition and Exhibit(s) thereto, personally upon Wilbert U. Delarosa on on or before _____May 26_____, 202_6_

It is further ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at _____Boston_____, Massachusetts on this _____19th_____ day of _____May_____, 202_6_

/s/ Richard G. Stearns
_____

UNITED STATES DISTRICT JUDGE